JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware limited liability company; BMW OF NORTH AMERICA, INC., a Delaware corporation; EQUIFAX, INC., a Georgia corporation; TRANSUNION CORP., a Delaware corporation; EXPERIAN DATA CORP., A Delaware corporation, and DOES 1 through 25, inclusive.<br><br>　　　　　Defendants. | Case No. 8:20-cv-00674 JLS (ADSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

LA 52347987

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to stipulation, IT IS HEREBY ORDERED that as to defendants BMW Financial Services NA, LLC, BMW of North America, LLC, and Equifax Information Services, LLC (erroneously named as Equifax, Inc.), the above-captioned action and all claims asserted therein are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties shall each bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: October 21, 2020

JOSEPHINE L. STATON
HONORABLE JOSEPHINE L. STATON

LA 52347987